UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WARREN DANDRIDGE, et al.,

    Plaintiffs,

v.

GREENLEAF HOSPITALITY
GROUP OF GREENLEAF
VENTURES, INC.,

    Defendant.

_____/

Case No. 1:11-cv-244

HONORABLE PAUL L. MALONEY

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendant Greenleaf Hospitality Group of Greenleaf Ventures, Inc. has not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendant Greenleaf Hospitality Group of Greenleaf Ventures, Inc. shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date: May 4, 2011

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge