UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WARREN DANDRIDGE,                    )
                Plaintiff,           )
                         )   No. 1:11-cv-00244
-v-                                  )
                         )   HONORABLE PAUL L. MALONEY
GREENLEAF HOSPITALITY GROUP          )
OF GREENLEAF VENTURES, INC.,         )
d/b/a Burdick's, a/k/a Radisson Plaza Hotel, )
               Defendant.          )
_____)

## JUDGMENT

Having granted Defendant's Motion for Summary Judgment, pursuant to Rule 58 of the

Federal Rules of Civil Procedure, **JUDGMENT** is entered in favor of Defendant and against

Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   April 12, 2012                      /s/ Paul L. Maloney_____
                                      Paul L. Maloney
                                      Chief United States District Judge