UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WARREN DANDRIDGE,<br>        Plaintiff,<br><br>-v-<br><br>GREENLEAF HOSPITALITY GROUP<br>OF GREENLEAF VENTURES, INC.,<br>d/b/a Burdick's, a/k/a Radisson Plaza Hotel,<br>        Defendant. | No. 1:11-cv-00244<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

Having granted Defendant's Motion for Summary Judgment, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is entered in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   April 12, 2012                                                                  /s/ Paul L. Maloney
                                                                                                     Paul L. Maloney
                                                                                                     Chief United States District Judge